John W. Gray, Respondent, v. Ella Pauline Gray Carter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frank M. Wyckoff, Respondent, v. Harvey N. Bloomer, Doing Business as the Harlem Local-Life Company, Appellant, Impleaded with Millard J. Bloomer. (No. 1.) — Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Frank M. Wyckoff, Respondent, v. Harvey N. Bloomer, Doing Business as the Harlem Local-Life Company, Appellant, Impleaded with Millard J. Bloomer. (No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion to vacate order for substitution of attorneys denied, with ten dollars costs. No opinion.

Edwin H. Hess and Nathaniel J. Hess, Respondents, v. Builders' Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Bruder, Appellant, v. Mary J. Phillips, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. John Jackson.— Motion denied on condition that appellant be ready for October term.

The People of the State of New York v. Charlotte Poillon.— Motion granted.

The People of the State of New York v. Frank Fischer.— Motion granted.

The People of the State of New York v. Oscar E. Dinkelmann.— Motion granted.

F. Egerton Webb and Another v. Susan D. Parker and Another.— Motion denied, with ten dollars costs.

Albert W. De Long and Another v. Mercury Realty Company.— Motion denied, with ten dollars costs.

Isaac Dolinsky v. Hugh M. Masterton and Another.— Motion granted, with ten dollars costs.

Edwin H. Hess and Nathaniel J. Hess v. Builders' Construction Company.— Motion granted, with ten dollars costs.

Morris Levenson and Others v. J. & R. Lamb, a Corporation.— Motion granted with ten dollars costs.

Rudolph Werner v. Joseph Cademartori.— Motion granted, with ten dollars costs.

Rudolph Werner v. Joseph Cademartori.— Motion granted, with ten dollars costs.

Compagnie Commerciale, etc., v. Adolph W. Brunn.— Motion denied on condition that appellant be ready for October term.

Sigmund Feust v. Horatio Craig.— Application granted.

Lucy Israelson v. Supreme Lodge, Iroquois.— Application denied, with ten dollars costs.

A. Angelwitz & Company v. Louis Goldman.— Application denied, with ten dollars costs.

Ætna Elevator Company v. Richard Deeves and Another.— Motion denied.

In the Matter of Gus Reed.— Motion granted. Order resettled.